UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-mj-03273AOR

UNITED STATES OF AMERICA

vs.

**YASSER SIERRA MARIN,
ALFREDO TRIGO-FUENTES, and
ULISES LUCAS-PALMA,**

    **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  _Yes  _x_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
FREDERIC C. SHADLEY
Assistant United States Attorney
Court ID No. A5502298
99 Northeast 4th Street
Miami, FL. 33132-2111
Tel: (305) 961-9349
Fax: (305) 530-7976
Frederic.Shadley@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Yasser Sierra Marin,<br>Alfredo Trigo-Fuentes,<br>and Ulises Lucas-Palma,<br>*Defendant(s)* | )<br>)<br>)  Case No. 19-mj-03273AOR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 7, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 | Conspiracy to Possess with Intent to Distribute cocaine, and more that 50 grams of Methamphetamine |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rolando Rios, TFO, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/8/19

_____
*Judge's signature*

City and state: Miami, FL      Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## **AFFIDAVIT**

I, Rolando Rios, Task Force Officer with the Drug Enforcement Administration ("DEA"), being duly sworn, hereby state as follows:

1. I am a Sergeant with the Hialeah Police Department and have been employed by the Hialeah Police Department for nineteen years. I have worked in the Special Investigations Section since 2005, and have been deputized as a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA) since 2008. I have been involved in hundreds of narcotics related investigations, and have assisted local, state, and federal agencies with their investigations. Throughout my career, I have made hundreds of arrests and conducted hundreds of undercover drug purchases, controlled buys, reverse sting operations, and bulk money pickups/drops. I have received training from the Drug Enforcement Administration, HIDTA, and various state and federal agencies regarding narcotics trafficking, narcotics identification, undercover narcotics investigations, and money laundering.

2. The information set forth in this Affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers. This Affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint charging Yasser Sierra-Marin, Alfredo Trigo-Fuentes, and Ulises Lucas-Palma, with conspiracy to possess with intent to distribute cocaine and fifty grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846.

3. Beginning July 2019, a Hispanic male going by the name of "GORDO" began expressing interest in purchasing kilogram quantities of cocaine from a confidential source (CS). GORDO was later identified as Ulises Lucas-Palma ("Lucas"). On July 15, 2019, LUCAS met with the CS at a restaurant located in the City of Hialeah to discuss the terms of the transaction. Lucas

told the CS that he had buyers who wanted large amounts of cocaine. Lucas told the CS that he was going to discuss the purchase with his buyers, and he would then bring the money to buy a couple of kilograms of cocaine from the CS. Lucas left in a white newer model Range Rover driven by a white male who was later identified as Ovidio Nunez ("Nunez").

4. Later that same day, and into the next, Lucas had several telephone conversations with the CS in order to negotiate the terms of the transaction. Lucas told the CS that he would pay for one kilogram of cocaine in cash, and asked to pay for a second kilogram of cocaine using either a Dodge truck, a Rolex watch, and/or gold jewelry as collateral. The parties eventually agreed to conduct the transaction on July 17, 2019. That day, the CS – along with an undercover detective (UC) – met with Lucas and a man named Yasser Sierra Marin ("Sierra") at a parking lot in Hialeah. At the meeting, Lucas told the CS that his buyer did not give him the cash, but that he brought a truck, gold and the title to a boat in exchange for a kilogram of cocaine. Lucas introduced Sierra as the owner of the truck and boat. Sierra and Lucas tried to negotiate with the CS and UC, but they did not reach an agreement. During the course of negotiations, however, Lucas told the CS that he had access to crystal methamphetamine ("meth"), and they could possibly work out a trade of crystal meth for cocaine. The parties went their separate ways, but agreed to continue negotiating over the phone.

5. Over the next several weeks, Lucas remained in telephonic contact with the CS. Lucas told the CS that he had access to a kilogram or two of pink meth separated into ounce packages, but he was waiting for a larger shipment of meth to come in so that they could do the deal.

6. On August 6, 2019, Lucas called the CS and told the CS that he had 10 kilograms of meth and was ready to do the deal. Lucas set a price of $12,000 per kilogram of meth. Lucas also told the CS that he would like a kilogram of cocaine during the exchange. Lucas told the CS that he would be traveling to Miami, and he would deliver the meth to the CS on the morning of August 7,

2

2019. The CS told Lucas that he would have the meth buyer present at the transaction in order to purchase the crystal meth from Lucas.

7. On August 7, 2019, law enforcement established surveillance at the agreed upon meeting place – a gas station located at 2290 West 84 Street Hialeah, Florida. The CS and UC went to that location and met with Lucas and Nunez. Nunez was driving a white Range Rover. Surveillance units also observed Sierra in the immedaite area in a black pick-up truck. A man later identified as Alfredo Trigo-Fuentes ("Trigo") was sitting in the passenger side of Sierra's black truck. The CS spoke with Lucas and asked if he had the crystal meth. Lucas took the CS to the back of Nunez's Range Rover, and showed him a blue gym bag containing clear plastic bags of what appeared to be crystal meth. At that time, the CS told Lucas to follow him to a nearby business to complete the transaction. On leaving the gas station, Nunez drove the Range Rover and Lucas sat in the passenger seat. Nunez and Lucas followed the CS and UC to a warehouse nearby. Trigo and Sierra remained at the gas station.

8. At the warehouse, the CS entered the building with Lucas and Nunez. Lucas was carrying the blue gym bag containing the crystal meth. The original UC remained outside of the warehouse in his vehicle. Inside of the warehouse, the CS introduced Lucas and Nunez to another undercover detective ("UC1"). UC1 was acting as the buyer for the meth. Lucas placed the blue bag on top of the table and remained standing with Nunez by his side. UC1 and the CS removed several of the clear plastic bags from within the gym bag. UC1 cut into one of the bags using scissors in order to inspect the substance. Based on UC1's training and experience, the appearance and texture of the substance matched crystal meth. UC1 then told the CS to retrieve money for the purchase from another room. The CS explained that Lucas and Nunez wanted at least one kilogram of cocaine as part of the exchange. UC1 retrieved a kilogram of fake, or "sham," cocaine wrapped in black tape. UC1 showed the kilogram to Lucas and Nunez, and began to cut the packaging open

3

to show the sham cocaine inside. As he did that, the arrest team entered and placed Nunez and Lucas into custody.

9. At the time of the arrest, Nunez was in possession of a Glock 17 9mm pistol, which was concealed in his waistband.[1] A record check of the pistol's serial number showed that the gun had been reported stolen on 01/10/2019 from a residence in Miami-Date County. The firearm was stamped Miami-Dade Police Department across the top, and appears to have been stolen from a member of the Miami-Dade Police Department.

10. During the arrest of Lucas and Nunez, Sierra and Trigo were also taken into custody at the gas station. All four individuals were transported to a law enforcement facility for booking and interview.

11. Law enforcement examined the gym bag, and found that it held 10 clear plastic bags containing a crystal like substance. That substance field-tested positive for the presence of crystal methamphetamine. The total weigh of the meth was approximately 10,022 grams.

12. At the law enforcement facility, Trigo was advised of his *Miranda* rights and stated that he was willing to cooperate with law enforcement. Trigo stated that he had been contacted by Nunez, who told him that he needed 10 kilograms of crystal meth for a transaction that was going to take place in Miami. Trigo further explained that he went to the border and met an unknown male who gave him the 10 kilograms of crystal meth. Trigo then drove down from Houston, Texas to Miami, where he met with Nunez. Trigo explained that he was supposed to take $45,000 back to the border within four days of the proposed deal.

13. After his arrest, Nunez was also advised of his *Miranda* rights, and stated that he was willing to cooperate with law enforcement. Nunez stated that he was contacted by someone who went by the name "El Cocho," who he later identified as Lucas. Nunez explained that he drove from

---

[1] Nunez is being charged via separate criminal complaint due to his additional gun charge.

4

Houston, Texas, to pick up Lucas off of exit 220 on I-75 in Florida. Nunez picked up Lucas on 8/6/2019, and later dropped him off at a hotel in Hialeah, Florida. Nunez explained that he was there to provide transportation and security during the drug transaction. He was to be paid a commission for his services once the narcotics transaction was completed. On 8/7/2019, Nunez drove Lucas from his hotel to the location of the drug transaction, where he was later arrested.

14. Based on the foregoing, I respectfully submit that there is probable cause to believe that Yasser Sierra-Marin, Alfredo Trigo-Fuentes, and Ulises Lucas-Palma committed the following offense: conspiracy to possess with intent to distribute cocaine and fifty grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846.

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Rolando Rios, TFO
Drug Enforcement Administration

Sworn and subscribed to before me this 8th day of August 2019.

HON. ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-mj-03273AOR

### BOND RECOMMENDATION

DEFENDANT: Ulises Lucas-Palma

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Frederic C. Shadley

Last Known Address: _____

What Facility: _____

Agent(s): TFO Rolando Rios
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
DEA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-mj-03273AOR

### BOND RECOMMENDATION

DEFENDANT: Alfredo Trigo-Fuentes

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Frederic C. Shadley

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): TFO Rolando Rios
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
DEA

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 19-mj-03273AOR

## BOND RECOMMENDATION

DEFENDANT: Yasser Sierra Marin

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Frederic C. Shadley

Last Known Address: _____

What Facility: _____

Agent(s): TFO Rolando Rios
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
DEA